UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO
DENVER DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MARC ALAN MACKIE, *mem Magnum Motors of Loveland, LLC, mem DMack Enterprises, LLC, mem Magnum Tires and Wheels, LLC, mem Aventador Holdings, LLC, ods i Drone Corp., mem Drone Corp.* and STEPHANIE JEAN MACKIE ods *Myla Stone & Co.,* | ) ) ) ) ) ) ) ) ) | CASE NO. 16-11069-CDP |
| Debtors. | ) ) | |
| NEXTGEAR CAPITAL, INC., | ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Adv. Pro. No.  16-01181-CDP |
| MARC ALAN MACKIE, | ) ) | |
| Defendant | ) ) | |

SERVE:    2227 Merlot Court
Fort Collins, CO  80528

## **CORPORATE OWNERSHIP STATEMENT**

In compliance with Bankr. R. 7007.1, plaintiff NextGear Capital, Inc. states that it is a wholly-owned subsidiary of Manheim Investments, Inc., which is a wholly-owned subsidiary of Cox Automotive, Inc., which is a wholly-owned subsidiary of Cox Enterprises, Inc.  No publicly held company or investment fund holds 10% or more ownership interest in NextGear Capital, Inc.

Respectfully submitted this 10th day of May, 2016.

**NEXTGEAR CAPITAL, INC.**

By: *s/ Neal K. Dunning*
Neal K. Dunning, Esq.
BROWN, BERARDINI,
DUNNING & WALKER, P.C.
2000 South Colorado Blvd.
Tower Two, Suite 700
Denver, CO 80222
Telephone: (303) 329-3363
Facsimile: (303) 393-8438
E-mail: ndunning@bbdwfirm.com
*Attorney forNextGear Capital, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached was served by First Class U.S. Mail or via the Court's ECF electronic filing on the following this 10th day of May, 2016:

**US Trustee**
Byron G. Rogers Federal Building
1961 Stout St., Ste. 12-200
Denver, CO 80294

**Marc Alan Mackie**
2227 Merlot Court
Ft. Collins, CO 80528

COURTESY COPY TO:

**Robert J. Shilliday, III**,
720 17th Street, Suite 500
Denver, Colorado 80202

**NEXTGEAR CAPITAL, INC.**

By: *s/ Neal K. Dunning*
Neal K. Dunning, Esq.

2