UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO
DENVER DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| MARC ALAN MACKIE, *mem Magnum* ) | |
| *Motors of Loveland, LLC, mem DMack* ) | |
| *Enterprises, LLC, mem Magnum Tires and* ) | CASE NO. 16-11069-CDP |
| *Wheels, LLC, mem Aventador Holdings,* ) | |
| *LLC, ods i Drone Corp., mem Drone Corp.* ) | |
| and STEPHANIE JEAN MACKIE ods ) | |
| *Myla Stone & Co.,* ) | |
| ) | |
| Debtors. ) | |
| ) | |
| NEXTGEAR CAPITAL, INC., ) | |
| ) | |
| Plaintiff ) | |
| v. ) | |
| ) | Adv. Pro. No. 16-01181-CDP |
| MARC ALAN MACKIE, ) | |
| ) | |
| Defendant ) | |
| ) | |

SERVE:   2227 Merlot Court
         Fort Collins, CO  80528

### CERTIFICATE OF SERVICE/MAILING

I hereby certify that I have this 10th day of May, 2016, served a true and correct copy of **SUMMONS, COMPLAINT TO DETERMINE DISCHARGEABILITY OF A DEBT and NOTICE TO LITIGANTS** by placing in a depository of the United States Mail, bearing proper postage, duly addressed as follows:

**US Trustee**
Byron G. Rogers Federal Building
1961 Stout St., Ste. 12-200
Denver, CO 80294

**Robert J. Shilliday, III**,
720 17th Street, Suite 500
Denver, Colorado 80202

**Marc Alan Mackie**
2227 Merlot Court
Ft. Collins, CO  80528

*s/ Jennifer L. Mellott*

Jennifer L. Mellott