United States Bankruptcy Court
District of Colorado

NEXTGEAR CAPITAL, INC.,
    Plaintiff

Adv. Proc. No. 16-01181-CDP

Mackie,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 1082-1      User: myhaverk      Page 1 of 1      Date Rcvd: Jun 22, 2016
                 Form ID: pdf904      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2016.
ust        +Aaron Carson,    999 18th St.,    Ste. 1551,    Denver, CO 80202-2415
ust        +Beverly Smith (341),    Byron G. Rogers Federal Building,    1961 Stout St.,    Ste. 12-200,
            Denver, CO 80294-6004
ust        +Nicole Zollars (341),    999 18th St.,    Ste. 1551,    Denver, CO 80202-2415

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust          Bernie Onstad
ust          Kathi Hindes
                                       TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2016 at the address(es) listed below:
         Neal K. Dunning    on behalf of Plaintiff    NEXTGEAR CAPITAL, INC. ndunning@bbdfirm.com,
            jmellott@bbdfirm.com
         Robert J. Shilliday, III    on behalf of Defendant Marc Alan Mackie rjs@shillidaylaw.com
                                               TOTAL: 2

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO
### The Honorable Cathleen D. Parker

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Case No.  16-11069    CDP |
| MARC ALAN MACKIE | ) | Chapter 7 |
| STEPHANIE JEAN MACKIE | ) | |
| | ) | |
| Debtors | ) | |
| | ) | |
| | ) | |
| NEXTGEAR CAPITAL, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. No.  16-01181    CDP |
| | ) | |
| MARC ALAN MACKIE | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER comes before the Court on the Plaintiff's Complaint and  Defendant's Answer.  The Court, having reviewed the file and being advised in  the premises,

ORDERS AS FOLLOWS:

1.   A status and scheduling conference in the within adversary proceeding is  hereby scheduled for **August 10, 2016 at 1:30 p.m.** Parties shall participate at the hearing by telephone by calling 1-877-336-1828. Parties shall appear within 5 minutes of the scheduled time of the hearing.  The User ID for the conference call is 9560822#.  Please stay on the line until the court operator takes the roll call and the hearing begins.

2.   Pursuant to Rule 7026, FED.R.BANKR.P., Rule 26, FED.R.CIV.P. and L.B.R.  7026-1, counsel shall, on or before **July 21, 2016,**

   a.   Confer and discuss, pursuant to Rule 7026, FED.R.BANKR.P., and  Rule 26(f) FED.R.CIV.P.,

      i.   the nature and basis of their claims and defenses;
      ii.   whether the parties consent to this Court's authority to enter  final judgment with respect to all claims asserted in this

matter; and

   iii.     the possibilities for a prompt settlement or resolution of the case.

The parties are encouraged to consider the use of mediation to resolve some or all of their pending dispute(s). If the parties agree, there is a mediation program administered by the Faculty of Federal Advocates that may provide mediation services. Pursuant to Local Bankruptcy Rule 9012-2, the Court will refer this matter to mediation upon written stipulation by the parties. If the parties desire to pursue mediation, they should file a motion with the Court no later than the deadline set for the completion of discovery.

     **b.**     Complete all initial disclosures required by Rule 26(1)(1), FED.R.CIV.P.

     **c.**     Develop a specific and firm discovery schedule and plan. This discovery plan should

         i.     contain firm deadlines for completion of discovery and a date to file dispositive motions; and

         ii.     address any pertinent matters and identify anticipated problems identified in Rule 16(b) and (c), FED.R.CIV.P.

     **d.**     Submit a written report to the Court, on or before **August 3, 2016**, which includes proposals for the following, or otherwise notify this Court by written report filed on or before the above date that the parties have resolved the issues in the within adversary proceeding and that a settlement and/or dismissal is imminent:

         i.     Amended pleadings shall be filed and/or additional parties shall be joined by_____.

         ii.     Parties will provide expert disclosure under Rule 26(a)(2) FED.R.CIV.P. by_____. Expert discovery shall be completed by_____.

         iii.     All fact discovery shall be **completed** by_____.

         iv.     Dispositive motions shall be filed by_____.

         v.     The parties [consent/do not consent] to this Court's authority to enter final judgment with respect to all claims asserted in this matter.

Submission of the report will serve as certification that all initial required disclosures, pursuant to Rule 7026(a), FED.R.CIV.P., have been fully and timely completed. Parties failing to indicate in the report whether they consent shall be deemed to have consented to this Court's authority to enter final judgment with respect to all claims asserted in this matter.

3.    Counsel shall be prepared at the scheduling conference to discuss
     (a) anticipated discovery or procedural problems in the case,
     (b) settlement prospects, and (c) the proposed comprehensive discovery  schedule.

4.    The parties shall commence discovery immediately after their Rule 26(f)  meeting,
     referenced in paragraph 2(a) above, is concluded.

**Failure to file the required status report on or before the due date will  result in the automatic vacation and rescheduling of the status and  scheduling conference.  Further failure of the parties, or a party, to  comply with this Order, or to appear at the status and scheduling  conference, may result in the imposition of sanctions, dismissal of the  within proceeding, or entry of judgment, if warranted and appropriate.**

BY THE COURT

*Cathleen D. Parker*

6/21/2016

_____

Honorable Cathleen D. Parker
United States Bankruptcy Judge