UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO
DENVER DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MARC ALAN MACKIE, *mem Magnum Motors of Loveland, LLC, mem DMack Enterprises, LLC, mem Magnum Tires and Wheels, LLC, mem Aventador Holdings, LLC, ods i Drone Corp., mem Drone Corp.* and STEPHANIE JEAN MACKIE ods *Myla Stone & Co.,* | ) ) ) ) ) ) ) ) | CASE NO. 16-11069-CDP |
| Debtors. | ) ) | |
| NEXTGEAR CAPITAL, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) ) | Adv. Pro. No.  16-01181-CDP |
| MARC ALAN MACKIE, | ) | |
| | ) | |
| Defendant | ) ) | |

SERVE: 2227 Merlot Court
Fort Collins, CO  80528

**JOINT SUBMISSION OF REPORT PURSUANT TO ORDER FOR COMPLIANCE WITH FED.R.BANKR.P.7026 (Fed.Civ.P. 26 (a) and (f))**

The Plaintiff, NEXTGEAR CAPITAL, INC., by and through undersigned counsel, and Defendant, MARC ALAN MACKIE, by his undersigned counsel, file the following joint report pursuant to the Court's Order for Compliance with Rule 7026:

1. Amended pleadings shall be filed, and/or additional parties shall be joined, by September 23, 2016.

2. Parties will provide expert disclosure under Rule 26(a)(2), Fed.R.Civ.P. by October 24, 2016. Rebuttal Expert deadline will be November 22, 2016. Expert discovery will be completed by January 13, 2017.

3. All fact discovery shall be completed by December 23, 2016.

4. Dispositive motions shall be filed by January 23, 2017; responses shall be filed 14 days after mailing of the dispositive motion.

5. The parties do request that a final pretrial conference be held prior to trial.

6. The parties do not request the option of a Court sponsored mediation prior to trial, as provided in L.B.R. 9019-2, at this time.

7. The Parties consent to the Bankruptcy Court entering final orders.

8. Trial is expected to last one and one-half days.

Respectfully submitted this 20th day of July, 2016.

By: */s/Neal K. Dunning*
Neal K. Dunning, Reg. No. 10181
BROWN, BERARDINI & DUNNING, P.C.
2000 South Colorado Blvd.
Tower Two, Suite 700
Denver, CO  80222
Telephone:    (303) 329-3363
Facsimile:     (303) 393-8438
E-mail:          ndunning@bbdfirm.com
*Attorney for NextGear Capital, Inc.*

By: */s/Robert Shilliday, III*
Robert Shilliday, III, Reg. No. 35595
VORNDRAN SHILLIDAY, P.C.
1888 Sherman St., Suite 760
Denver, CO 80203
Telephone:    (720) 439-2500
E-mail:          rob@vs-lawyers.com
*Attorney for Marc Alan Mackie*