UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

**Minutes of Proceeding**

| August 12, 2016 | Honorable Cathleen D. Parker, Presiding |
|---|---|

| In re:<br><br>Marc Alan Mackie and<br>Stephanie Jean Mackie<br><br>Debtors | Case No. 16-11069 CDP<br><br>Chapter 7 |
|---|---|

| Nextgear Capital, Inc.<br><br>Plaintiff<br><br>v.<br><br>Marc Alan Mackie<br><br>Defendant | Adversary Proceeding No. 16-01181 CDP |
|---|---|

Appearances:

| Plaintiff |  | Counsel | Neal K. Dunning |
|---|---|---|---|
| Defendant |  | Counsel | Robert Shilliday, III |

Proceedings: Status and Scheduling Conference

The parties' statements and discussion with the court is on the record.

Orders:

A scheduling order will be entered by separate documents. The court requests that the parties confer with the parties of Adv. Case 16-01179 to determine whether the cases may be consolidated for the purpose of the trial and file a status report.

BY THE COURT:

By: _____  8/12/2016
Honorable Cathleen D. Parker