United States Bankruptcy Court
District of Colorado

NEXTGEAR CAPITAL, INC.,
    Plaintiff

Adv. Proc. No. 16-01181-CDP

Mackie,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 1082-1     User: cramerc     Page 1 of 1     Date Rcvd: Aug 12, 2016
                     Form ID: pdf904     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2016.
```
ust           +Aaron Carson,    999 18th St.,    Ste. 1551,    Denver, CO 80202-2415
ust           +Beverly Smith (341),    Byron G. Rogers Federal Building,    1961 Stout St.,    Ste. 12-200,
                Denver, CO 80294-6004
ust           +Nicole Zollars (341),    999 18th St.,    Ste. 1551,    Denver, CO 80202-2415
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                     TOTAL: 0

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust             Bernie Onstad
ust             Kathi Hindes
                                                                                    TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2016 at the address(es) listed below:
```
              Neal K. Dunning    on behalf of Plaintiff    NEXTGEAR CAPITAL, INC. ndunning@bbdfirm.com,
                jmellott@bbdfirm.com
              Robert J. Shilliday, III    on behalf of Defendant Marc Alan Mackie rjs@shillidaylaw.com
                                                                                             TOTAL: 2
```

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

**Minutes of Proceeding**

| August 12, 2016 | Honorable Cathleen D. Parker, Presiding |
|---|---|
| In re:<br><br>Marc Alan Mackie and<br>Stephanie Jean Mackie<br><br>  Debtors | Case No. 16-11069 CDP<br><br>Chapter 7 |
| Nextgear Capital, Inc.<br><br>  Plaintiff<br><br>v.<br><br>Marc Alan Mackie<br><br>  Defendant | Adversary Proceeding No. 16-01181 CDP |

Appearances:

| Plaintiff | | Counsel | Neal K. Dunning |
|---|---|---|---|
| Defendant | | Counsel | Robert Shilliday, III |

Proceedings: Status and Scheduling Conference

The parties' statements and discussion with the court is on the record.

Orders:

A scheduling order will be entered by separate documents. The court requests that the parties confer with the parties of Adv. Case 16-01179 to determine whether the cases may be consolidated for the purpose of the trial and file a status report.

BY THE COURT:

By: _Cathleen D. Parker_   8/12/2016
Honorable Cathleen D. Parker