UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO
DENVER DIVISION

| | |
|---|---|
| IN RE: ) <br> ) <br> MARC ALAN MACKIE, *mem Magnum* ) <br> *Motors of Loveland, LLC, mem DMack* ) <br> *Enterprises, LLC, mem Magnum Tires and* ) <br> *Wheels, LLC, mem Aventador Holdings,* ) <br> *LLC, ods i Drone Corp., mem Drone Corp.* ) <br> and STEPHANIE JEAN MACKIE ods ) <br> *Myla Stone & Co.,* ) <br> ) <br> Debtors. ) | CASE NO. 16-11069-CDP |
| ) <br> NEXTGEAR CAPITAL, INC., ) <br> ) <br> Plaintiff ) <br> v. ) <br> ) <br> MARC ALAN MACKIE, ) <br> ) <br> Defendant ) <br> ) | Adv. Pro. No. 16-01181-CDP |

**PLAINTIFF NEXTGEAR CAPITAL, INC.'S ELECTION
NOT TO CONSOLIDATE CASES FOR TRIAL**

COMES NOW NextGear Capital, Inc. ("NextGear Capital") by and through counsel, BROWN, BERARDINI, DUNNING & WALKER, P.C., and states the following as its Election Not to Consolidate the above captioned Adversary Case No. 16-01181-CDP with Adversary Case No. 16-01179 for purpose of trial.

Respectfully submitted this 26th day of August, 2016.

**NEXTGEAR CAPITAL, INC.**

By: *s/ Neal K. Dunning*
Neal K. Dunning
BROWN, BERARDINI, DUNNING & WALKER, P.C.
2000 South Colorado Blvd.
Tower Two, Suite 700
Denver, CO 80222
Telephone: (303) 329-3363
Facsimile: (303) 393-8438
E-mail: ndunning@bbdwfirm.com
*Attorney for NextGear Capital, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served by email on the following, this 26th day of August, 2016:

Robert J. Shilliday, III
730 17th Street, Suite 500
Denver, CO 80202
rjs@shillidaylaw.com

By: *s/ Jennifer L. Mellott*