# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

Bankruptcy Judge Cathleen D. Parker

| | |
|---|---|
| In re: ) | |
| ) | Case No. 16-11069   CDP |
| MARC ALAN MACKIE ) | Chapter 7 |
| STEPHANIE JEAN MACKIE ) | |
| ) | |
| Debtors ) | |
| ) | |
| ) | |
| NEXTGEAR CAPITAL, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. No. 16-01181   CDP |
| ) | |
| MARC ALAN MACKIE ) | |
| ) | |
| Defendant. ) | |

### SCHEDULING ORDER UNDER FED. R. CIV. P. 16(b) AND FED. R. BANKR. P. 7016

THIS MATTER comes before the Court on the "Order Setting Pretrial Scheduling Conference" (D.E. 7), the "Joint Report Under Fed. R. Civ. P. 26(f)(3), Fed. R. Bankr. P. 2026 and L.B.R. 7026-1(a)" submitted jointly by the parties (D.E. 9), and the Scheduling Conference conducted in this Court on August 10, 2016. The Court, having reviewed the Docket and being advised in the status of this matter,

ORDERS that the parties shall adhere to the following plan and deadlines for this Adversary Proceeding:

### Discovery Plan and Deadlines

1.  <u>Fed. R. Civ. P. 26(a)(1)(A) Disclosures</u>.

Fed. R. Civ. P. 26(a)(1)(A) initial disclosures shall be made on or before **September 15, 2016**, by agreement of the parties.

3

2. <u>Discovery Limitations</u>.

The parties will comply with the discovery limitations contained in Fed. R. Civ. P. 26(b)(2), 30 and 33, and L.B.R. 7026-1(b) and 7026-2(b), (c) and (d).

3. <u>Deadline for Expert Disclosures</u>.

Parties must designate experts pursuant to Fed. R. Civ. P. 26(a)(2)(A) on or before **October 5, 2016**. Disclosures and written reports required by Fed. R. Civ. P. 26(a)(2)(B) must be made and exchanged on or before **October 5, 2016.** Designation of counter or rebuttal experts, if any, intended solely to contradict or rebut evidence on the same subject matter identified by another party under Fed. R. Civ. P. 26(a)(2)(B) must be made on or before **October 19, 2016.** Disclosures and written reports for such rebuttal or counter experts must be made and exchanged on or before **November 2, 2016.**

4. <u>Deadline for Fact and Expert Discovery</u>.

All fact and expert discovery must be completed by **November 30, 2016**. "Completed" means that all depositions are concluded and that responses to written discovery are due on or before the discovery completion date.

5. <u>Duty to Supplement-Sanctions</u>.

All disclosures and responses to discovery shall be timely supplemented pursuant to Fed. R. Civ. P. 26(e). Failure to timely disclose, or to provide incomplete, false or misleading disclosures, may result in Fed. R. Civ. P. 37(c) sanctions.

### **Adversary Proceeding Schedule for Non-Discovery Matters**

6. <u>Amended Pleadings and Joinder Deadline</u>.

Motions to amend or supplement pleadings or to join additional parties must be filed by **October 19, 2016.** This deadline pertains to timing only, parties must comply with Fed. R. Civ. P. 15(a).

7. <u>Dispositive Motions</u>.

Dispositive motions, if any, must be filed by **December 22, 2016**. All motions for summary judgment shall comply with L.B.R. 7056-1.

8. <u>Witnesses and Exhibits</u>.

The disclosures required by Fed. R. Civ. P. 26(a)(3) must be made in writing on or before **February 8, 2017**. Exhibits must be marked for identification **(Plaintiff shall mark exhibits with numbers and Defendants shall mark exhibits with letters)** and exchanged at the time the disclosures are made. All exhibits should be marked with page numbers. In addition to exchanging pre-marked

exhibits, a list of exhibits and a list of witnesses to be called at trial, counsel or the parties themselves, if not represented by counsel, shall file only their lists with the Court on or before **February 8, 2017**.

    9.    Stipulations of Fact and Regarding the Admissibility of Exhibits.

The parties shall confer and prepare a list of uncontested background facts relating to the issues before the Court, and a list of exhibits which both parties agree are admissible at Trial as a preliminary matter at the trial.

    10.    Final Pretrial Conference.

A final pretrial conference will be held on **February 15, 2017**, commencing at **1:30 p.m. by telephone conference**. The Plaintiff and Defendants, individually, or a representative of the Plaintiff and Defendants, and their respective counsel shall appear by telephone at the scheduled conference. Counsel/parties shall dial **1-877-336-1828, the Access Code is 9560822, five minutes before the scheduled hearing time.** You will be connected to the Court's conference call line. Hearings may be a stacked setting or overlap. In those circumstances, please remain silent until your case is called. The courtroom deputy will take roll call prior to the hearings. The parties must have full and complete settlement authority to fully discuss and resolve disputed issues at that time. The parties shall be prepared to discuss potential witnesses to be called and the nature of their testimony.

    11.    Trial.

The matter is set for a **one and one/half (1 ½) -day trial** on the Court's trial docket commencing on **February 28, 2017,** at **9:00 a.m.**, in Courtroom A, U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Denver, Colorado 80202. **This is a firm trial date.**

    12.    At the Commencement of the Trial:

        a.    Witness List: Provide two (2) copies of the witness list to the Law Clerk/Courtroom Deputy and one (1) copy to each opposing counsel or party.

        b.    Exhibit List: Provide two (2) copies of the list of exhibits you intend to offer to the Law Clerk/Courtroom Deputy and one (1) copy to each opposing counsel or party.

        c.    Exhibits:

            (i)    The parties shall comply with L.B.R. 9070-1 and provide two (2) copies of the exhibits to the Law Clerk/Courtroom Deputy: one (1) copy is for the Court and one (1) copy is for the Law Clerk/Courtroom Deputy. The original exhibits are to be used by the witnesses. Each exhibit must have been marked for identification before the trial or hearing. Exhibits must be marked for

3

identification as follows: **Plaintiff-numbers and Defendants-letters.**

(ii)     Exhibits should be placed in a binder and indexed in substantial conformity with L.B. Form 9070-1.1.

IT IS FURTHER ORDERED that, unless a party requests amendments to this Order on or before **September 15, 2016**, no modifications will be entertained by the Court. Failure to comply with this Order may result in imposition of appropriate sanctions pursuant to Fed. R. Bankr. P. 7016 and 7037 (Fed. R. Civ. P. 16 and 37).

BY THE COURT:

_____ 9/1/2016
Honorable Cathleen D. Parker
United States Bankruptcy Judge