UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 16-11069-CDP |
| MARC ALAN MACKIE | ) |
| STEPHANIE JEAN MACKIE, | ) |
| | ) Chapter 7 |
| Debtors. | ) |
| _____ | ) |
| NEXTGEAR CAPITAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Adv. Proc. No. 16-01181-CDP |
| MARC ALAN MACKIE, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF SUBSTITUTION OF COUNSEL

At the request of Debtor and Defendant Marc Alan Mackie ("Debtor"), and pursuant to L.B.R. 9010-1 and 9010-4, Robert J. Shilliday III hereby withdraws his appearance as counsel for Debtor in the above-captioned Adversary Proceeding and substitute Eric R. Jonsen (Reg. No. 15076) as counsel for Debtor. It is respectfully requested that all future pleadings, notices, and other matters in this action be directed to:

Eric R. Jonsen
555 Eldorado Blvd. Suite 200
Broomfield, CO 80021
Telephone: (303) 991-5970
E-Mail: erjonsen@jonsen.net

Dated: September 15, 2016

Respectfully submitted,

By: _____
Robert J. Shilliday III (#35595)
Vorndran Shilliday, P.C.
1888 Sherman Street, Suite 760
Denver, CO 80203
Telephone:  (720) 439-2500
E-Mail: rob@vs-lawyers.com

By: _____
Eric R. Jonsen (#15076)
555 Eldorado Blvd. Suite 200
Broomfield, CO 80021
Telephone: (303) 991-5970
E-Mail: erjonsen@jonsen.net

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of September, 2016, I deposited a true and correct copy of the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** in the United States Mail, postage prepaid, and addressed as follows:

Neal K. Dunning
2000 South Colorado Blvd.
Tower Two, Suite 700
Denver, Colorado 80222

_s/ Robert J. Shilliday III_
Robert J. Shilliday III

2