UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:<br><br>MARC ALAN MACKIE, *mem Magnum Motors of Loveland, LLC, mem DMack Enterprises, LLC, mem Magnum Tires and Wheels, LLC, mem Aventador Holdings, LLC, ods i Drone Corp., mem Drone Corp.* and STEPHANIE JEAN MACKIE *ods Myla Stone & Co.,*<br><br>                       Debtors. | CASE NO. 16-11069-CDP |
| NEXTGEAR CAPITAL, INC.,<br>                       Plaintiff<br>v.<br>MARC ALAN MACKIE,<br>                       Defendant | Adv. Pro. No. 16-01181-CDP |

**STIPULATION FOR EXTENSION OF DISCOVERY RESPONSE
AND COMPLETION DEADLINES**

COME NOW the Plaintiff, NextGear Capital, Inc., ("NextGear"), by and through its attorneys, Brown, Berardini, Dunning & Walker, P.C., and the Defendant, Marc Alan Mackie, ("Mackie"), by and through his attorney, Eric Jonsen, and submit the following as their Stipulation for Extension of Discovery Response and Completion Deadlines:

1. This adversary proceeding was filed on May 10, 2016.

2. The deadline for the Defendant's Discovery Response is November, 11, 2016.

3. Pursuant to the September 1, 2016 Scheduling Order, the deadline for completion of all depositions and discovery is November 30, 2016.

4. Counsel for Plaintiff and counsel for Defendant have agreed to extend the

1

Discovery Response deadline to November 25, 2016. The wife of counsel for Defendant was recently hospitalized and this extension of time to November 25, 2016 will allow Defendant additional time to respond to the Plaintiff's discovery requests.

5. Counsel have further agreed to extend the Discovery Completion Deadline, up to and including December 14, 2016, for the sole purpose of Plaintiff deposing Defendant, Marc Alan Mackie.

WHEREFORE, Plaintiff, NextGear Capital, Inc., prays this Court extend the deadline for Defendant to provide his written discovery response to Plaintiff up to and including November 25, 2016, to extend the deadline for completion of the deposition of Defendant Marc Alan Mackie by Plaintiff to December 14, 2016, and for any such other and further relief as the Court deems just and proper.

Respectfully submitted this 9th day of November, 2016.

BROWN, BERARDINI, DUNNING & WALKER, P.C.

By: s/ Neal K. Dunning
Neal K. Dunning
2000 South Colorado Blvd.
Tower Two, Suite 700
Denver, CO 80222
Telephone: (303) 329-3363
Facsimile: (303) 393-8438
E-mail: ndunning@bbdwfirm.com
*Attorney for NextGear Capital, Inc.*

By: _____
Eric R. Jonsen
555 Eldorado Blvd. Suite 200
Broomfield, CO 80021
Telephone: (303) 991-5970
Email: erjonsen@jonsen.net
*Attorney for Marc Alan Mackie*