UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE:<br><br>MARC ALAN MACKIE, *mem Magnum Motors of Loveland, LLC, mem DMack Enterprises, LLC, mem Magnum Tires and Wheels, LLC, mem Aventador Holdings, LLC, ods i Drone Corp., mem Drone Corp.* and STEPHANIE JEAN MACKIE *ods Myla Stone & Co.,*<br><br>Debtors. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 16-11069-CDP |
| NEXTGEAR CAPITAL, INC.,<br><br>Plaintiff<br>v.<br><br>MARC ALAN MACKIE,<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Adv. Pro. No. 16-01181-CDP |

## ORDER GRANTING STIPULATION FOR EXTENSION OF DISCOVERY RESPONSE ND COMPLETION DEADLINES

THE COURT, having reviewed the Stipulation for Extension of Discovery Response and Completion Deadlines, having reviewed its file, and being fully advised in the premises, orders as follows:

1. That the Stipulation Extension of Time is granted;

2. The deadline for Defendant to provide his written discovery response to Plaintiff is extended up to and including November 25, 2016.

3. The deadline for completion of the deposition of Defendant Marc Alan Mackie by Plaintiff is extended to December 14, 2016.

SO ORDERED THIS _____ day of _____, 2016.

BY THE COURT:

_____
U.S. Bankruptcy Court Judge