UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

IN RE:                                            )
                                                  )
MARC ALAN MACKIE, *mem Magnum*     )
*Motors of Loveland. LLC, mem DMack*   )
*Enterprises, LLC, mem Magnum Tires and*   )    CASE NO. 16-11069-CDP
*f Vheels, LLC, mem Aventador Holdings,*   )
*LLC, ods i Drone Corp., mem Drone Corp.*   )
and STEPHANIE JEAN MACKIE ods       )
*Myla Stone & Co.,*                             )
                                                  )
                              Debtors.           )

---

NEXTGEAR CAPITAL, INC.,                    )
                                                  )
                              Plaintiff          )
    v.                                            )
                                                  )    Adv. Pro. No. 16-01181-CDP
MARC ALAN MACKIE,                          )
                                                  )
                              Defendant         )
                                                  )

ORDER GRANTING STIPULATION FOR EXTENSION OF
DISCOVERY RESPONSE A ND COMPLETION
DEADLINES

THE COURT, having reviewed the Stipulation for Extension of Discovery Response and Completion Deadlines, having reviewed its file, and being fully advised in the premises, orders as follows:

1.    That the Stipulation Extension of Time is granted;

2.    The deadline for Defendant to provide his written discovery response to Plaintiff is extended up to and including November 25, 2016.

3.    The deadline for completion of the deposition of Defendant Marc Alan Mackje by Plaintiff is extended to December 14, 2016.

BY THE COURT:

Cathleen D. Parker

11/16/2016

_____
U.S. Bankruptcy Court Judge