United States Bankruptcy Court
District of Colorado

NEXTGEAR CAPITAL, INC.,
    Plaintiff

Adv. Proc. No. 16-01181-CDP

Mackie,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 1082-1     User: myhaverk     Page 1 of 1     Date Rcvd: Nov 16, 2016
                     Form ID: pdf904     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2016.
```
ust          +Aaron Carson,    999 18th St.,   Ste. 1551,   Denver, CO 80202-2415
ust          +Beverly Smith (341),   Byron G. Rogers Federal Building,   1961 Stout St.,   Ste. 12-200,
               Denver, CO 80294-6004
ust          +Nicole Zollars (341),   999 18th St.,   Ste. 1551,   Denver, CO 80202-2415
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                                                                                                                  TOTAL: 0

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust           Bernie Onstad
ust           Kathi Hindes
                                                                         TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2016                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2016 at the address(es) listed below:
```
              Eric R. Jonsen    on behalf of Defendant Marc Alan Mackie erjonsen@jonsen.net,
               lvos@jonsen.net;lavos5150@yahoo.com
              Neal K. Dunning    on behalf of Plaintiff    NEXTGEAR CAPITAL, INC. ndunning@bbdfirm.com,
               jmellott@bbdfirm.com
                                                                                       TOTAL: 2
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:<br><br>MARC ALAN MACKIE, *mem Magnum Motors of Loveland. LLC, mem DMack Enterprises, LLC, mem Magnum Tires and f Vheels, LLC, mem Aventador Holdings, LLC, ods i Drone Corp., mem Drone Corp.* and STEPHANIE JEAN MACKIE ods *Myla Stone & Co.,*<br><br>Debtors. | CASE NO. 16-11069-CDP |
| NEXTGEAR CAPITAL, INC.,<br><br>Plaintiff<br>v.<br><br>MARC ALAN MACKIE,<br><br>Defendant | Adv. Pro. No. 16-01181-CDP |

## ORDER GRANTING STIPULATION FOR EXTENSION OF DISCOVERY RESPONSE AND COMPLETION DEADLINES

THE COURT, having reviewed the Stipulation for Extension of Discovery Response and Completion Deadlines, having reviewed its file, and being fully advised in the premises, orders as follows:

1. That the Stipulation Extension of Time is granted;

2. The deadline for Defendant to provide his written discovery response to Plaintiff is extended up to and including November 25, 2016.

3. The deadline for completion of the deposition of Defendant Marc Alan Mackje by Plaintiff is extended to December 14, 2016.

BY THE COURT:

*Cathleen D. Parker*

11/16/2016

_____
U.S. Bankruptcy Court Judge