UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MARC ALAN MACKIE, *mem Magnum Motors of Loveland, LLC*, *mem DMack Enterprises, LLC*, *mem Magnum Tires and Wheels, LLC*, *mem Aventador Holdings, LLC*, *ods i Drone Corp.*, *mem Drone Corp.* and STEPHANIE JEAN MACKIE *ods Myla Stone & Co.*, | ) ) ) ) ) ) ) ) | CASE NO. 16-11069-CDP |
| Debtors. | ) ) | |
| NEXTGEAR CAPITAL, INC., | ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Adv. Pro. No. 16-01181-CDP |
| MARC ALAN MACKIE, | ) ) ) | |
| Defendant | ) ) | |

**NOTICE OF PENDING SETTLEMENT AND UNOPPOSED MOTION TO HOLD ADVERSARY PROCEEDING IN ABEYANCE**

COMES NOW the Plaintiff, NextGear Capital, Inc., ("NextGear"), by and through its attorneys, Brown Dunning Walker, PC, f/n/a Brown, Berardini, Dunning & Walker, P.C., and hereby submits the following Notice of Pending Settlement and Unopposed Motion to Hold Adversary Proceeding in Abeyance. In support of the Notice and the Unopposed Motion, the Plaintiff states as follows:

1. The Plaintiff and the Defendant herein have reached a settlement in principal regarding the claims made in the Complaint.

2. The deadline for submission of Witness and Exhibit Lists and exchanging of same is this Wednesday February 8, 2017, the Pretrial Conference is set for February 15, 2017, and

1

the matter is set for a one and one-half day trial to the court commencing February 28, 2017.

3. The Plaintiff requests that the Court hold this action in abeyance for a period of twenty (20) days from the date of the Court's Order approving this Unopposed Motion for the parties to prepare and execute their stipulated settlement agreement.

4. Should there be delay beyond the twenty (20) day period requested, which counsel submits is unlikely, counsel will file a status report with the court.

WHEREFORE, the Plaintiff respectfully requests that the Court enter an order holding this case in abeyance for a period of 20 days and granting such other and further relief as deemed appropriate.

Respectfully submitted this 6th day of February, 2017.

**BROWN DUNNING, PC, f/n/a BROWN BERARDINI DUNNING & WALKER, P.C.**

By: *s/ Neal K. Dunning*
Neal K. Dunning
2000 South Colorado Blvd.
Tower Two, Suite 700
Denver, CO 80222
Telephone:       (303) 329-3363
Facsimile:        (303) 393-8438
E-mail:            ndunning@bbdwfirm.com
*Attorney for NextGear Capital, Inc.*