UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: )<br>)<br>MARC ALAN MACKIE, *mem Magnum* )<br>*Motors of Loveland, LLC, mem DMack* )<br>*Enterprises, LLC, mem Magnum Tires and* )<br>*Wheels, LLC, mem Aventador Holdings,* )<br>*LLC, ods i Drone Corp., mem Drone Corp.* )<br>and STEPHANIE JEAN MACKIE ods )<br>*Myla Stone & Co.,* )<br>)<br>Debtors. )<br>_____) | CASE NO. 16-11069-CDP |
| NEXTGEAR CAPITAL, INC., )<br>)<br>Plaintiff )<br>v. )<br>)<br>MARC ALAN MACKIE, )<br>)<br>Defendant )<br>) | Adv. Pro. No. 16-01181-CDP |

**ORDER GRANTING UNOPPOSED MOTION TO HOLD CASE IN ABEYANCE**

THE COURT, having reviewed the Plaintiff's Unopposed Motion to Hold Case in Abeyance, having reviewed its file, and being fully advised in the premises, orders as follows:

1. That the Unopposed Motion to Hold Case in Abeyance is granted;

2. The matter shall be held in abeyance for a period of 20 days from the date of entry of this Order. The Plaintiff shall file a settlement stipulation within 20 days from the date of entry of this Order or a status report if the stipulation is not able to be filed by that date.

SO ORDERED THIS _____ day of _____, 2017.

BY THE COURT:

_____
U.S. Bankruptcy Court Judge