UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MARC ALAN MACKIE, *mem Magnum* | ) | |
| *Motors of Loveland, LLC, mem DMack* | ) | |
| *Enterprises, LLC, mem Magnum Tires and* | ) | CASE NO. 16-11069-CDP |
| *Wheels, LLC, mem Aventador Holdings,* | ) | |
| *LLC, ods i Drone Corp., mem Drone Corp.* | ) | |
| and STEPHANIE JEAN MACKIE ods | ) | |
| *Myla Stone & Co.,* | ) | |
| | ) | |
| Debtors. | ) | |

| | | |
|---|---|---|
| NEXTGEAR CAPITAL, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | |
| | ) | Adv. Pro. No. 16-01181-CDP |
| MARC ALAN MACKIE, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## ORDER GRANTING UNOPPOSED MOTION TO HOLD CASE IN ABEYANCE

THE COURT, having reviewed the Plaintiff's Unopposed Motion to Hold Case in Abeyance, having reviewed its file, and being fully advised in the premises, orders as follows:

1. That the Unopposed Motion to Hold Case in Abeyance is granted;

2. The matter shall be held in abeyance for a period of 20 days from the date of entry of this Order. The Plaintiff shall file a settlement stipulation within 20 days from the date of entry of this Order or a status report if the stipulation is not able to be filed by that date.

BY THE COURT:

*Cathleen D. Parker*
_____ 2/9/2017
U.S. Bankruptcy Court Judge