```
                         United States Bankruptcy Court
                              District of Colorado
NEXTGEAR CAPITAL, INC.,
         Plaintiff                                     Adv. Proc. No. 16-01181-CDP

Mackie,
         Defendant
```

## CERTIFICATE OF NOTICE

```
District/off: 1082-1          User: myhaverk              Page 1 of 1         Date Rcvd: Feb 09, 2017
                              Form ID: pdf904             Total Noticed: 3


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 11, 2017.
ust            +Aaron Carson,    999 18th St.,    Ste. 1551,    Denver, CO 80202-2415
ust            +Beverly Smith (341),    Byron G. Rogers Federal Building,    1961 Stout St.,    Ste. 12-200,
                 Denver, CO 80294-6004
ust            +Nicole Zollars (341),    999 18th St.,    Ste. 1551,    Denver, CO 80202-2415

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust              Bernie Onstad
ust              Kathi Hindes
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 9, 2017 at the address(es) listed below:
              Eric R. Jonsen    on behalf of Defendant Marc Alan Mackie erjonsen@jonsen.net,
               lvos@jonsen.net;lavos5150@yahoo.com
              Neal K. Dunning    on behalf of Plaintiff    NEXTGEAR CAPITAL, INC. ndunning@bbdfirm.com,
               jmellott@bbdfirm.com
                                                                                             TOTAL: 2
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:<br><br>MARC ALAN MACKIE, *mem Magnum Motors of Loveland, LLC, mem DMack Enterprises, LLC, mem Magnum Tires and Wheels, LLC, mem Aventador Holdings, LLC, ods i Drone Corp., mem Drone Corp.* and STEPHANIE JEAN MACKIE ods *Myla Stone & Co.,*<br><br>Debtors. | CASE NO. 16-11069-CDP |
| NEXTGEAR CAPITAL, INC.,<br><br>Plaintiff<br>v.<br><br>MARC ALAN MACKIE,<br><br>Defendant | Adv. Pro. No. 16-01181-CDP |

## ORDER GRANTING UNOPPOSED MOTION TO HOLD CASE IN ABEYANCE

THE COURT, having reviewed the Plaintiff's Unopposed Motion to Hold Case in Abeyance, having reviewed its file, and being fully advised in the premises, orders as follows:

1. That the Unopposed Motion to Hold Case in Abeyance is granted;

2. The matter shall be held in abeyance for a period of 20 days from the date of entry of this Order. The Plaintiff shall file a settlement stipulation within 20 days from the date of entry of this Order or a status report if the stipulation is not able to be filed by that date.

BY THE COURT:

*Cathleen D. Parker*
_____ 2/9/2017
U.S. Bankruptcy Court Judge