UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:  )<br>  )<br>MARC ALAN MACKIE, *mem Magnum*  )<br>*Motors of Loveland, LLC, mem DMack*  )<br>*Enterprises, LLC, mem Magnum Tires and*  )<br>*Wheels, LLC, mem Aventador Holdings,*  )<br>*LLC, ods i Drone Corp., mem Drone Corp.*  )<br>and STEPHANIE JEAN MACKIE ods  )<br>*Myla Stone & Co.,*  )<br>  )<br>              Debtors.   )<br>_____)<br>NEXTGEAR CAPITAL, INC.,   )<br>  )<br>              Plaintiff   )<br>   v.   )<br>  )<br>MARC ALAN MACKIE,   )<br>  )<br>              Defendant   )<br>  ) | CASE NO. 16-11069-CDP<br><br><br><br><br><br><br><br><br>Adv. Pro. No. 16-01181-CDP |

## STATUS REPORT AND MOTION FOR EXTENSION OF TIME TO SUBMIT FINAL SETTLEMENT DOCUMENTS

COME NOW the Plaintiff, NextGear Capital, Inc., ("NextGear"), by and through its attorneys, Brown Dunning Walker PC, and submits the following Status Report and Motion for Extension of Time to Submit Final Settlement Documents to the Court. In support it is stated:

1. The Parties previously advised the Court that they had reached a settlement in this matter and requested that the February 28, 2017 trial date be vacated.

2. The Parties requested up to and including March 1, 2017 as the date for submitting final settlement documents.

3. The final settlement documents have been prepared and circulated between counsel and their clients and there remain a few minor issues concerning the final settlement

1

language that need to be ironed out before these documents are ready to be executed and filed with the court.

4.      For the most part the delay in finalizing the documents is with the Plaintiff in this action as counsel's client contact at NextGear Capital was involved in a ski accident shortly after the settlement was reached wherein she suffered a concussion that hindered the client's ability to approve the drafted settlement documents.

5.      Now that the client has recuperated the undersigned requests an additional ten (10) days from the date of this Motion up to and including March 10, 2017 to submit the final settlement documents to the court.

6.      Undersigned has attempted to discuss this with counsel for Mr. Mackie, but has not yet received a response as to his position on this Motion.

7.      Defendant would neither be harmed nor prejudiced by this Motion.

WHEREFORE, Plaintiff, NextGear Capital, Inc., prays this Court extend the deadline for filing the final settlement documents up to and including March 10, 2017, and for any such other and further relief as the Court deems just and proper.

Respectfully submitted this 1st day of March, 2017.

**BROWN DUNNING WALKER PC**

By: *s/ Neal K. Dunning*
Neal K. Dunning
2000 South Colorado Blvd.
Tower Two, Suite 700
Denver, CO  80222
Telephone:          (303) 329-3363
Facsimile:           (303) 393-8438
E-mail:               ndunning@bdwfirm.com
*Attorney for NextGear Capital, Inc.*