UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MARC ALAN MACKIE, *mem Magnum Motors of Loveland, LLC, mem DMack Enterprises, LLC, mem Magnum Tires and Wheels, LLC, mem Aventador Holdings, LLC, ods i Drone Corp., mem Drone Corp.* and STEPHANIE JEAN MACKIE *ods Myla Stone & Co.,* | ) ) ) ) ) ) ) ) | CASE NO. 16-11069-CDP |
| Debtors. | ) ) | |
| NEXTGEAR CAPITAL, INC., | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | Adv. Pro. No. 16-01181-CDP |
| MARC ALAN MACKIE, | ) ) | |
| Defendant | ) ) | |

**ORDER GRANTING MOTION FOR EXTENSION OF
TIME TO SUBMIT SETTLEMENT DOCUMENTS**

THE COURT, having reviewed the Status Report and Motion for Extension of Time to Submit Settlement Documents, having reviewed its file, and being fully advised in the premises, orders as follows:

1.  That the Motion for Extension of Time is granted;

2.  The deadline for the Parties to file their Settlement documents is extended up to and including March 20, 2017.

SO ORDERED THIS _____ day of _____, 2017.

BY THE COURT:

_____
U.S. Bankruptcy Court Judge