```
                            United States Bankruptcy Court
                                 District of Colorado
NEXTGEAR CAPITAL, INC.,
        Plaintiff                                             Adv. Proc. No. 16-01181-CDP

Mackie,
            Defendant
```

## CERTIFICATE OF NOTICE

```
District/off: 1082-1          User: myhaverk              Page 1 of 1       Date Rcvd: Mar 15, 2017
                              Form ID: pdf904             Total Noticed: 3


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2017.
ust            +Aaron Carson,    999 18th St.,    Ste. 1551,    Denver, CO 80202-2415
ust            +Beverly Smith (341),    Byron G. Rogers Federal Building,    1961 Stout St.,    Ste. 12-200,
                 Denver, CO 80294-6004
ust            +Nicole Zollars (341),    999 18th St.,    Ste. 1551,    Denver, CO 80202-2415

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust             Bernie Onstad
ust             Kathi Hindes
                                                                              TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2017 at the address(es) listed below:
              Eric R. Jonsen     on behalf of Defendant Marc Alan Mackie erjonsen@jonsen.net,
               lvos@jonsen.net;lavos5150@yahoo.com
              Neal K. Dunning    on behalf of Plaintiff    NEXTGEAR CAPITAL, INC. ndunning@bbdfirm.com,
               jmellott@bbdfirm.com
                                                                                         TOTAL: 2
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MARC ALAN MACKIE, *mem Magnum Motors of Loveland, LLC, mem DMack Enterprises, LLC, mem Magnum Tires and Wheels, LLC, mem Aventador Holdings, LLC, ods i Drone Corp., mem Drone Corp.* and STEPHANIE JEAN MACKIE *ods Myla Stone & Co.,* | ) ) ) ) ) ) ) ) | CASE NO. 16-11069-CDP |
| Debtors. | ) ) | |
| NEXTGEAR CAPITAL, INC., | ) ) | |
| Plaintiff | ) | |
| v. | ) ) | Adv. Pro. No. 16-01181-CDP |
| MARC ALAN MACKIE, | ) ) | |
| Defendant | ) ) | |

**ORDER GRANTING MOTION FOR EXTENSION OF
TIME TO SUBMIT SETTLEMENT DOCUMENTS**

THE COURT, having reviewed the Status Report and Motion for Extension of Time to Submit Settlement Documents, having reviewed its file, and being fully advised in the premises, orders as follows:

1. That the Motion for Extension of Time is granted;

2. The deadline for the Parties to file their Settlement documents is extended up to and including March 20, 2017.

BY THE COURT:

*Cathleen D. Parker*

3/14/2017
_____
U.S. Bankruptcy Court Judge