UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:<br><br>MARC ALAN MACKIE, *mem Magnum Motors of Loveland, LLC*, *mem DMack Enterprises, LLC*, *mem Magnum Tires and Wheels, LLC*, *mem Aventador Holdings, LLC*, *ods i Drone Corp.*, *mem Drone Corp.* and STEPHANIE JEAN MACKIE *ods Myla Stone & Co.*,<br><br>    Debtors. | CASE NO. 16-11069-CDP |
| NEXTGEAR CAPITAL, INC.,<br><br>    Plaintiff<br>v.<br><br>MARC ALAN MACKIE,<br><br>    Defendant | Adv. Pro. No. 16-01181-CDP |

### UNOPPOSED MOTION TO ADMINISTRATIVELY CLOSE CASE PENDING DEFENDANT'S PERFORMANCE OF EXECUTED SETTLEMENT AGREEMENT HELD BY PLAINTIFF

COMES NOW the Plaintiff, NextGear Capital, Inc., ("NextGear"), by and through its attorneys, Brown Dunning Walker PC, and submits the following Unopposed Motion to Administratively Close Case. In support it is stated:

1.  The Parties previously reached a settlement in this matter and requested that the February 28, 2017 trial date be vacated.

2.  The Parties have now executed a Settlement Agreement..

3.  Pursuant to the Parties Agreement, Plaintiff may apply to the Court for relief in the event of a breach of the Settlement.

1

4. Once the Defendant fully performs the terms of the Settlement Agreement, Plaintiff at the time of such completion will file a Motion to Dismiss the claims against the Defendant, with prejudice.

5. Should the Defendant fail to perform the terms of the Settlement Agreement, Plaintiff will apply to the Court for the relief set forth in the Settlement Agreement.

6. The Parties anticipate the terms of the Settlement Agreement will be concluded within 2 years.

WHEREFORE, Plaintiff, NextGear Capital, Inc., prays this Court approve the Unopposed Motion to Administratively Closed the case pending Plaintiff's application to reopen the case to pursue remedies, or to dismiss the case with prejudice.

Respectfully submitted this 20th day of March, 2017.

BROWN DUNNING WALKER PC
By: s/ Neal K. Dunning
Neal K. Dunning
2000 South Colorado Blvd.
Tower Two, Suite 700
Denver, CO 80222
Telephone:        (303) 329-3363
Facsimile:        (303) 393-8438
E-mail:           ndunning@bdwfirm.com
*Attorney for NextGear Capital, Inc.*