UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MARC ALAN MACKIE, *mem Magnum Motors of Loveland, LLC*, *mem DMack Enterprises, LLC*, *mem Magnum Tires and Wheels, LLC*, *mem Aventador Holdings, LLC*, *ods i Drone Corp.*, *mem Drone Corp.* and STEPHANIE JEAN MACKIE *ods Myla Stone & Co.*, | ) ) ) ) ) ) ) ) | CASE NO. 16-11069-CDP |
| Debtors. | ) ) | |
| NEXTGEAR CAPITAL, INC., | ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Adv. Pro. No. 16-01181-CDP |
| MARC ALAN MACKIE, | ) ) | |
| Defendant | ) ) | |

**ORDER GRANTING UNOPPOSED MOTION TO ADMINISTRATIVELY CLOSE CASE PENDING DEFENDANT'S PERFORMANCE OF SETTLEMENT AGREEMENT**

THE COURT, having reviewed the Unopposed Motion to Administratively Close Case Pending Defendant's Performance of Settlement Agreement held by Plaintiff, having reviewed its file and being fully advised in the premises, orders as follows:

1. That the Unopposed Motion is Granted;
2. The within case is administratively closed pending Plaintiff's application to reopen the case to pursue remedies, or to dismiss the case with prejudice.

SO ORDERED THIS _____ day of _____, 2017.

BY THE COURT:

_____
U.S. Bankruptcy Court Judge