United States Bankruptcy Court
District of Colorado

NEXTGEAR CAPITAL, INC.,
    Plaintiff

Adv. Proc. No. 16-01181-CDP

Mackie,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 1082-1     User: myhaverk     Page 1 of 1     Date Rcvd: Apr 04, 2017
                  Form ID: pdf904     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2017.
```
ust            +Aaron Carson,    999 18th St.,    Ste. 1551,    Denver, CO 80202-2415
ust            +Beverly Smith (341),    Byron G. Rogers Federal Building,    1961 Stout St.,    Ste. 12-200,
                 Denver, CO 80294-6004
ust            +Nicole Zollars (341),    999 18th St.,    Ste. 1551,    Denver, CO 80202-2415
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
ust             Bernie Onstad
ust             Kathi Hindes
```
                                             TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2017                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2017 at the address(es) listed below:
```
              Eric R. Jonsen    on behalf of Defendant Marc Alan Mackie erjonsen@jonsen.net,
               lvos@jonsen.net;lavos5150@yahoo.com
              Neal K. Dunning    on behalf of Plaintiff    NEXTGEAR CAPITAL, INC. ndunning@bbdfirm.com,
               jmellott@bbdfirm.com
```
                                             TOTAL: 2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In RE:<br><br>MARC ALAN MACKIE, *mem. Magnum Motors of Loveland, LLC, mem DMack Ente1prises, LLC, mem Magnum Tires and Wheels, LLC, mem Aventador Holdings, LLC, ods i Drone Corp., mem Drone Corp.* and STEPHANIE JEAN MACKIE ods *Myla Stone & Co.,*<br><br>Debtors. | CASE NO. 16-11069-CDP |
| NEXTGEAR CAPITAL, INC.,<br><br>          Plaintiff<br>v.<br><br>MARC ALAN MACKIE,<br><br>          Defendant | Adv. Pro. No. 16-01181-CDP |

<u>ORDER GRANTING UNOPPOSED MOTION TO ADMINISTRATIVELY CLOSE CASE PENDING DEFENDANT'S PERFORMANCE OF SETTLEMENT AGREEMENT</u>

THE COURT, having reviewed the Unopposed Motion to Administratively Close Case Pending Defendant's Performance of Settlement Agreement held by Plaintiff, having reviewed its file and being fully advised in the premises, orders as follows:

1. That the Unopposed Motion is granted;
2. The within case is administratively closed pending Plaintiff's application to reopen the case to pursue remedies, or to dismiss the case with prejudice.

BY THE COURT:

*Cathleen D. Parker*

4/3/2017

Honorable Cathleen D. Parker
U.S. Bankruptcy Court Judge